[No. 4693-1.   Division One.   June 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. DUNAWAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 74976, Janice Niemi, J., entered April 12, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4743-1.   Division One.   June 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. NELS LOGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 7491, Daniel T. Kershner, J., entered May 7, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Andersen, J.

[No. 1939-3.   Division Three.   June 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. LANNY LEE SARGEANT, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 1266, Felix Rea, J. Pro Tem., entered March 8, 1976. *Denied* by unpublished per curiam opinion.

[Nos. 1713-3; 1722-3;      Division Three.           June 20, 1977.]
       1723-3.

L. H. HILDEBRANT, ET AL, *Respondents*, v. ROBERT W. YOUNG, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 27854, Fred H. Staples, J., entered September 18, 1975. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.